May 24, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

MAREESHA DAVIS, Appellant

NO. 14-12-00314-CV                    V.

EQUABLE ASCENT FINANCIAL, LLC, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 17, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by MAREESHA DAVIS.

We further order this decision certified below for observance.